PUBLISH

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

No. 95-8821

(D.C. Docket No. 1:95-CV-1656-JTC)

LARRY GRANT LONCHAR,

Petitioner-Appellee,

versus

TONY TURPIN, Warden,
Georgia Diagnostic and
Classification Center,

Respondent-Appellant.

--------------------------
Appeal from the United States District Court
for the Northern District of Georgia
--------------------------

**(May 16, 1996)**

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, Chief Judge, COX and DUBINA, Circuit Judges.

B Y   T H E   C O U R T:

This case is before us on remand from the Supreme Court following a ruling and judgment vacating the judgment of this court. It is ordered that the case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion.